```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
THE BALLINGER COMPANY,                                       :
                                                             :
                            Plaintiff,                       :
                                                             :
            -v-                                              :      13-cv-335 (KBF)
                                                             :
LEXINGTON INSURANCE COMPANY; and                             :         ORDER
AXIS INSURANCE COMPANY,                                      :
                                                             :
                            Defendants.                      :
                                                             :
------------------------------------------------------------ X
```

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: November 17, 2015 |

KATHERINE B. FORREST, District Judge:

WHEREAS this case was recently transferred to the undersigned, it is hereby ORDERED that the parties in this case shall submit a joint letter to the Court updating the Court on the status of the case no later than **Friday, December 4, 2015**. The status letter should address the following subjects:

1. A brief statement of the nature of the case and the principal defenses thereto;

2. A statement of all existing deadlines, due dates, and/or cut-off dates;

3. A brief description of any motions which have been made and decided and a confirmation that there are no pending motions and no pending appeals;

4. A statement describing the status of any discovery in the case;

5. A statement describing the status of any settlement discussions.

Unless notified otherwise by the Court, the parties should presume that any Scheduling Order or Case Management Plan remains in effect notwithstanding the case's transfer.

It is FURTHER ORDERED that the parties appear on **Monday, January 4, 2016** at **1:00 p.m.** in Courtroom 15A, United States District Court, 500 Pearl Street, New York, NY 10007, for a status conference.

SO ORDERED.

Dated:	New York, New York
	November 17, 2015

_____
	KATHERINE B. FORREST
	United States District Judge