UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
THE BALLINGER COMPANY,

                    Plaintiff,

        -v-                                          13-cv-335 (KBF)

LEXINGTON INSURANCE COMPANY; and          ORDER
AXIS INSURANCE COMPANY,

                    Defendants.
------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: December 8, 2015

KATHERINE B. FORREST, District Judge:

      The status conference previously scheduled for January 4, 2016 is hereby RESCHEDULED for **Friday, February 5, 2016** at **1:00 p.m.** It remains an in-person conference and will still be held in Courtroom 15A, United States District Court, 500 Pearl Street, New York, NY 10007.

      SO ORDERED.

Dated:      New York, New York
               December 8, 2015

                                              _____
                                                 KATHERINE B. FORREST
                                                United States District Judge