ATTORNEYS AT LAW
225 LIBERTY STREET, 28TH FLOOR  NEW YORK, NY 10281-1008

www.sedgwicklaw.com   212.422.0202 *phone*   212.422.0925 *fax*

# Sedgwick LLP

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:* _____
*DATE FILED:* FEB 03 2016

(212) 898-4014
gregory.lahr@sedgwicklaw.com

February 2, 2016

*Via ECF*
Hon. Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re:   *The Ballinger Company v. Lexington Insurance Co. et al.*
        Civil Action No.  13-cv-00335-KBF
        Our File No.:   02331-007832

Dear Judge Forrest:

We represent Defendant Lexington Insurance Company ("Lexington") in the above-referenced matter. I am writing respectfully to request permission to attend the conference scheduled on Friday, February 5, 2016, at 1:00 p.m. by telephone. An associate attorney, Ryan Chapoteau, who also is working on the matter will attend the conference in person. I must attend a deposition that has been scheduled since November 2015 which involves multiple attendees traveling to New York from out of town, which we were not able to reschedule. All parties have consented to this request.

Respectfully yours,

*[signature]*

J. Gregory Lahr
Sedgwick LLP

cc:   All Counsel (via ECF)

So ordered.
KBF
USDJ
2/3/16