```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
THE BALLINGER COMPANY,                                        :
                                                              :
                            Plaintiff,                        :
                                                              :
        -v-                                                   :     13-cv-335 (KBF)
                                                              :
LEXINGTON INSURANCE COMPANY; and                              :     ORDER
AXIS INSURANCE COMPANY,                                       :
                                                              :
                            Defendants.                       :
                                                              :
------------------------------------------------------------- X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: February 5, 2016
```

KATHERINE B. FORREST, District Judge:

The Court held a status conference in the above-referenced matter on February 5, 2016. As discussed during the conference:

1. The final date to renew any motion to compel arbitration shall be **March 1, 2016**. Lexington shall file its notice of a new motion, direct the Court's attention to its previous submissions on the docket, and limit its supplementary briefing, if any, to not more than 10 pages. Opposition shall be due **March 15, 2016**, and shall take the same form – identification of the relevant previous submissions, supplementary briefing of not more than 10 pages. Lexington shall file a 5 page reply not later than **March 22, 2016**.

2. Not later than **March 21, 2016**, the parties shall confer and determine the schedule by which experts in this matter shall be handled. This schedule shall be comprehensive, detailing dates and sequences of disclosure, reports,

   rebuttal, etc.  If the parties cannot agree, each shall submit a proposed expert schedule on that date and the Court will adopt one.

3. The next telephonic status conference in this matter shall be held on **April 25, 2016**, at **1:00 p.m.**  Plaintiff shall arrange to have all parties call chambers (212-805-0139) from one line at that time.

4. The close of fact discovery in this matter shall be **August 5, 2016**.

5. The close of expert discovery in this matter shall be **September 7, 2016**.

6. The last date to file dispositive motions shall be **September 19, 2016**; oppositions due not later than **October 17, 2016**; replies not later than **October 24, 2016**.

7. The Joint Pretrial Order in this case shall be due **December 2, 2016**.

8. The Final Pretrial Conference (FPTC) in this case shall be held on **December 8, 2016**, at **1:00 p.m.**  <u>Daubert</u> motions are due four weeks before the FPTC, oppositions two weeks later.  Motions in limine are due two weeks before the FPTC, oppositions one week later.

9. Trial in this matter shall begin on **December 12, 2016**.

   SO ORDERED.

Dated:     New York, New York
           February 5, 2016

_____
KATHERINE B. FORREST
United States District Judge